JACK POTTER V. THE STATE.

No. 21416. Delivered February 5, 1941.

The opinion states the case.

*R. E. Eubank,* of Paris, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.

The conviction is for a misdemeanor; the punishment, a fine of $100.00.

The record is before us without a statement of facts or bills of exception. In the absence of a statement of facts we are unable to determine whether the court was in error in refusing to submit to the jury appellant's requested instructions.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.